**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6687**

———————

JEFFREY ROY CROSBY,

                              Plaintiff - Appellant,

        versus

J. REUBEN LONG DETENTION CENTER; NORTH MYRTLE
BEACH POLICE DEPARTMENT; ROBBIE BAIRD, United
States Probation Officer; ED SEVERANCE, United
States Marshals Service; JOHN LAMBERT, Di-
rector of Florence County Detention Center;
WILLIAM EDWARDS, MD,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CA-98-217-5-22JI)

———————

Submitted:  August 19, 1999        Decided:  August 30, 1999

———————

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeffrey Roy Crosby, Appellant Pro Se.  Clifford Leon Welsh, North
Myrtle Beach, South Carolina; Douglas Charles Baxter, RICHARDSON,
PLOWDEN, CARPENTER & ROBINSON, Myrtle Beach, South Carolina;
Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY,
Columbia, South Carolina; Jackson L. Barwick, Jr., Catharine Garbee

Griffin, BAKER, BARWICK, RAVENEL & BENDER, L.L.P., Columbia, South Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Roy Crosby appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.[*] We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Crosby v. J. Reuben Long Detention Center, No. CA-98-217-5-22JI (D.S.C. Mar. 31, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

―――――――――

[*] As to the federal, rather than the state, actors this action is actually brought pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).